Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Thomas W. Rumpke #6-2974
2424 Pioneer Building, 2nd Floor
Cheyenne, WY 82002
(307) 777-5996
(307) 777-8920 Facsimile

Attorneys for Defendant Justin Snell

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEVEN R. ERVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 09-CV-044-D |
| JUSTIN SNELL, *in his Official and Individual Capacities*, | ) ) ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

COME NOW all the parties, through their respective counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and stipulate to dismissal of Plaintiff's claim against the Defendant, Justin Snell, in his official capacity. Plaintiff was released from the Wyoming

*Ervin v. Snell, et al.*, Civil Action No. 09-CV-044-D
STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
Page 1

State Penitentiary on December 9, 2008.  Therefore, no injunctive or declaratory relief is available against Mr. Snell in an official capacity and the official capacity claim is moot. The caption in this matter should be amended to only name Defendant Justin Snell in his individual capacity.

Since this stipulated dismissal is agreed upon by all parties who have appeared, there is no need for a Court order dismissing the official capacity claim.

Respectfully submitted this ___ day of October, 2010.

Approved as to Form:

/s/ Thomas W. Rumpke
Thomas W. Rumpke
Sr. Asst. Attorney General
Wyoming Attorney General's Office
123 Capitol Bldg.
Cheyenne, WY 82002
ATTORNEY FOR DEFENDANT, JUSTIN SNELL


/s/ Signed Pursuant to Email, dated 10/22/10
JENNIFER HORVATH
American Civil Liberties Union of Wyoming
PO Box 20706
1603 Capitol Avenue, Suite 510
Cheyenne, WY 82003
ATTORNEY FOR PLAINTIFF, STEVEN ERVIN

*Ervin v. Snell, et al.*, Civil Action No. 09-CV-044-D
STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
Page 2