Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Thomas W. Rumpke #6-2974
Senior Assistant Attorney General
Patricia Bach #6-4116
Assistant Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, WY 82002
(307) 777-5996
(307) 777-8920 Facsimile

Attorneys for State Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEVEN R. ERVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-CV-044-D |
| ) | |
| JUSTIN SNELL, *in his Official and* ) | |
| *Individual Capacities*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Steven R. Ervin and Defendant Justin Snell, (collectively "the Parties") through the undersigned counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate

as follows:

1.    The Parties, having entered into a Settlement Agreement with respect to the subject matter of the pending lawsuit, agree that it is appropriate to dismiss the lawsuit with prejudice.

**DATED** this 26th day of November, 2010.

_____
STEVEN R. ERVIN, *Pro Se*
Steven R. Ervin

THOMAS W. RUMPKE
*For Justin Snell*

_____
Thomas W. Rumpke
Senior Assistant Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, Wyoming 82002